No. 82–280. SYLVAIN v. HENDERSON, EXECUTRIX. Sup. Ct. N. H. Motion of petitioner for leave to add party as respondent denied. Certiorari denied.